# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1291

_____

|  |  |  |
|---|---|---|
| James Wright Porter, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of South Dakota. |
| | * | |
| Nathan Johnson; Robert D. Johnson; | * | [UNPUBLISHED] |
| Northland Auto Center, Inc., | * | |
| | * | |
| Appellants. | * | |

_____

Submitted: July 23, 2009
Filed: July 28, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Nathan Johnson, Robert Johnson, and Northland Auto Center appeal from an order of the District Court[1] that reversed the Bankruptcy Court's grant of summary judgment in their favor. Upon careful de novo review, see Contemporary Indus. Corp. v. Frost, 564 F.3d 981, 984 (8th Cir. 2009) (standard of review), we conclude that the District Court properly reversed the grant of summary judgment for the reasons stated

_____

[1]The Honorable Charles B. Kornmann, United States District Judge for the District of South Dakota.

by the court in its opinion and that the arguments raised in appellants' brief provide no basis for reversal.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____